UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Re: Debtor(s): Martin Weissflog & Laura O. Weissflog

: CHAPTER 13
: Case No. 13-15940

## PRAECIPE TO WITHDRAW THE PROOF OF CLAIM

Kindly withdraw the Amended Proof of Claim that was filed with the Bankruptcy Court on July 14, 2014, in the amount of $5,189.16 for Tax Parcel No. 31-4-23.7, on behalf of the Tax Claim Bureau, in and for the County of Chester. The delinquent real estate taxes due and owing have been paid in full.

_____
David Unger
Judicial Sale Coordinator
Chester County Tax Claim Bureau

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Re: Debtor(s): Martin Weissflog & Laura O. Weissflog

: CHAPTER 13
: Case No. 13-15940

## CERTIFICATION OF SERVICE OF PROOF OF CLAIM

I, David Unger, Judicial Sale Coordinator for the Chester County Tax Claim Bureau, hereby certify that I have served a true and correct copy of a the Petition to Withdraw the Proof of Claim filed on behalf of the Chester County Tax Claim Bureau by United States Mail, First Class, Postage Prepaid, on the 15th of September, 2016, on the following:

| | |
|---|---|
| Gary E. Thompson, Esquire | William C. Miller, Trustee |
| 150 East Swedesford Road | 1234 Market Street |
| 1st Floor | Suite 1813 |
| Wayne, PA 19087 | Philadelphia, PA 19107 |

David Unger
Judicial Sale Coordinator
Chester County Tax Claim Bureau