# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                Chapter 13

                                                Bankruptcy No. 13-15940-ELF

MARTIN WEISSFLOG
LAURA O. WEISSFLOG
43 SEMINARY ROAD

GLENMOORE, PA 19343

       Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MARTIN WEISSFLOG
    LAURA O. WEISSFLOG
    43 SEMINARY ROAD

    GLENMOORE, PA 19343

Counsel for debtor(s), by electronic notice only.

    GARY E THOMPSON
    150 E SWEDESFORD RD
    1ST FLOOR
    WAYNE, PA 19087

Date: 10/21/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee