**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Martin Weissflog and Laura O. Weissflog<br><br>     Debtor(s) | CHAPTER 13<br><br>BKY. NO. 13-15940 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of U.S. Bank National Association, asTrustee, relating toHome Equity Mortgage Trust Series 2007-2, HomeEquity Mortgage Pass-Through Certificates, Series 2007-2, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5072

>                                Respectfully submitted,
>
>                                **/s/Thomas Puleo, Esquire**
>                                Thomas Puleo, Esquire
>                                Brian C. Nicholas, Esquire
>                                KML Law Group, P.C.
>                                701 Market Street, Suite 5000
>                                Philadelphia, PA 19106-1532
>                                (215) 825-6306  FAX (215) 825-6406