# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 13-15940-ELF

MARTIN WEISSFLOG
LAURA O. WEISSFLOG
43 SEMINARY ROAD

GLENMOORE, PA 19343

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARTIN WEISSFLOG
    LAURA O. WEISSFLOG
    43 SEMINARY ROAD

    GLENMOORE, PA 19343

Counsel for debtor(s), by electronic notice only.

    GARY E THOMPSON
    150 E SWEDESFORD RD
    1ST FLOOR
    WAYNE, PA 19087

                            /S/ William C. Miller

Date: 2/17/2017                          _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee