UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

**GARY C. ZEITZ, L.L.C.**
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
LINDA S. FOSSI, ESQUIRE (LF 1720)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*LBNJ, LLC THROUGH ITS CUSTODIAN SB MUNI*

In Re:

MARTIN WEISSFLOG AND LAURA O. WEISSFLOG

Case No.: 13-15940/ELF

Chapter: Thirteen

Judge: Eric L. Frank

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

Upon the certification of default of LBNJ, LLC through its Custodian SB Muni, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for good cause shown.

**IT IS ORDERED** as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant its successors and/or assigns to constitute or resume and prosecute to conclusion one or more action(s), including, but not limited to, foreclosure and eviction proceedings, in the court(s) or appropriate jurisdiction to foreclose tax sale certificate liens held by the Movant upon the following: Land and premises known as **502 N Cambridge Ave, Ventnor, New Jersey, Block 291, Lot 15.**

2. ~~The Movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.~~

Date:  3/17/17

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE