United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 13-15940-elf
Martin Weissflog                                                Chapter 13
Laura O. Weissflog
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: JeanetteG          Page 1 of 1          Date Rcvd: Mar 17, 2017
                            Form ID: pdf900          Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2017.
```
db              #+Martin Weissflog,      43 Seminary Road,     Glenmoore, PA 19343-1915
jdb             #+Laura O. Weissflog,    43 Seminary Road,     Glenmoore, PA 19343-1915
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Mar 18 2017 01:53:40      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 18 2017 01:52:43      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 18 2017 01:53:20      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2017 01:55:42      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 4

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Fay Servicing, LLC
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2017 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    U.S. Bank National Association, as Trustee of
               PROF-2012-S1 Holding Trust I ecfmail@mwc-law.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, as Trustee of
               PROF-2012-S1 Holding Trust I debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DAVID H. LIPOW    on behalf of Creditor    U.S. Bank National Association, as Trustee, relating to
               Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through Certificates, Series
               2007-2 bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
              GARY E. THOMPSON    on behalf of Joint Debtor Laura O. Weissflog get24esq@aol.com
              GARY E. THOMPSON    on behalf of Debtor Martin  Weissflog get24esq@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               relating to Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through
               Certificates, Series 2007-2 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LINDA S. FOSSI    on behalf of Creditor    LBNJ, LLC through its Custodian SB Muni
               lfossi@zeitzlawfirm.com, rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee, relating to
               Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through Certificates, Series
               2007-2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

**GARY C. ZEITZ, L.L.C.**
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
LINDA S. FOSSI, ESQUIRE (LF 1720)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*LBNJ, LLC THROUGH ITS CUSTODIAN SB MUNI*

| | |
|---|---|
| In Re: | **Case No.: 13-15940/ELF** |
| MARTIN WEISSFLOG AND LAURA O. WEISSFLOG | **Chapter: Thirteen** |
| | **Judge: Eric L. Frank** |

# ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

Upon the certification of default of LBNJ, LLC through its Custodian SB Muni, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for good cause shown.

**IT IS ORDERED** as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant its successors and/or assigns to constitute or resume and prosecute to conclusion one or more action(s), including, but not limited to, foreclosure and eviction proceedings, in the court(s) or appropriate jurisdiction to foreclose tax sale certificate liens held by the Movant upon the following: Land and premises known as **502 N Cambridge Ave, Ventnor, New Jersey, Block 291, Lot 15.**

2. ~~The Movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.~~

Date: 3/17/17

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

2