UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MARTIN & LAURA WEISSFLOG           CHAPTER 13
        Debtor

                                            BANKRUPTCY NO. 13-15940

## CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire, hereby certify that I have served an Motion to Amend Plan Post Confirmation  by US Mail and the court's electronic filing system on or about May 26, 2017 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee William Miller
POB 40119
Philadelphia, PA 19106

All Creditors on Matrix

.

                                               /S/
                                        GARY E. THOMPSON, ESQUIRE
                                        Attorney for Debtor.

6/15/17