**U.S. BANKRUPTCY COURT FOR THE**

**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: MARTIN & LAURA WEISSFLOG        CHAPTER 13 NO. 13-15940

**AMENDED CHAPTER 13 PLAN**

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor shall pay to the Trustee the sum or:

   **$780 PER MONTH FOR FIVE (5) MONTHS**

   **$783 PER MONTH FOR ONE (1) MONTHS**

   **$789 PER MONTH FOR SIX (6) MONTHS**

   **$1347 PER MONTH FOR FORTY-EIGHT (48) MONTHS**

2. From the payments so received, the Trustee shall make disbursements as follows:

   a. Full payment and deferred cash payments of all claims entitled to priority under 11 U.S.C. 507.

   b. Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   **$5189.16 TO CHESTER COUNTY ( DOWNINGOTWN) TAX BUREAU**

   **$1328.32 TO CITADEL FCU ( 1ST MORTGAGE VENTNOR)**

   **$236.09 TO CITADEL FCU  (2ND MORTGAGE VENTNOR)**

   **$34,235.26 TO LBNJ,LLC**

   **Claims #2 and #19 are no longer to be paid as their claims have been satisfied through Foreclosure.  All other Secured Claims are to be paid outside the Plan.**

3. Subsequent to payments to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

    **PRO - RATA** to unsecured creditors

Respectfully submitted,

_/S/_____
Gary E. Thompson, Esquire

June 15, 2017