UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Martin and Laura Weissflog
Bankruptcy No.  13-15940
Adversary No.
Chapter          13

Date:   June 15, 2017

To:      Gary E. Thompson
         150 E. Swedesford Road 1st Floor
         Wayne, Pa   19087

## NOTICE OF INACCURATE FILING

Re:  Motion to Modify Plan

The above pleading was filed in this office on **June 15, 2017.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )    Debtor's name does not match case number listed
- ( )    Debtor's name and/or case number (is) are missing
- ( )    Wrong PDF document attached
- ( )    PDF document  not legible
- ( )    Notice of Motion/Objection
- ( )    Electronic Signature missing
- **(XX)** Proposed Order

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Jeanette Gilmore**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04