# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        CHAPTER 13
                                :
MARTIN & LAURA WEISSFLOG        :        Case No. 13-15940-ELF
            Debtors             :
                                :

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the Debtors' Motion, it is hereby

**ORDERED**, that Debtors' Plan is modified as follows:

Debtors' plan payment shall remain $1,347.00 per month but Secured Claims #2 and #19 are no longer to be paid as these claims have been satisfied through foreclosure.

_____
                                        Eric I. Frank
                                        Bankruptcy Judge

Gary E. Thompson, Esquire
150 East Swedesford Road - Suite 102
Wayne, PA   19087

William C. Miller, Esquire
P.O. Box 40119
Philadelphia, PA   19106

Matrix