# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:
Martin & Laura Weissflog

Debtors.

Bankruptcy Case No: 13-15940

## CERTIFICATION OF NO RESPONSE

I, GARY E. THOMPSON, ESQUIRE, attorney for Debtors, do hereby certify the following:

1. On June 15, 2017, I served via first class regular mail a true and correct copy of Debtors' Motion to Modify Plan, Notice of Motion, Response Deadline and Hearing Date to The US Trustee Office, and to all Creditors on the Matrix.

2. I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court, except a limited response from LBNJ, Inc. who only objects if the Motion would alter would in any way alter or rescind the Relief from Stay which was already granted to LBNJ, Inc.

3. The Motion does not in any way alter or rescind the Relief from Stay which was already granted to LBNJ, Inc.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion.

Dated: July 20, 2017

*/s/ Gary E. Thompson*
**GARY E. THOMPSON, ESQUIRE**
150 E. Swedesford Road, Suite 102
Wayne, PA 19087

Counsel for Debtors,