UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MARTIN & LAURA WEISSFLOG                              CHAPTER 13
      Debtor                                                                    :
                                                  BANKRUPTCY NO. 13-15940

**PRAECIPE**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly update the debtor's new address as follows:

      13 COLTS FOOT LANE
      GLENMOORE, PA 19343


    ___/s/_____
    Gary E. Thompson