United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-15940-elf
Martin Weissflog                                                      Chapter 13
Laura O. Weissflog
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett           Page 1 of 2           Date Rcvd: Jul 27, 2017
                               Form ID: pdf900           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
```
db            #+Martin Weissflog,    43 Seminary Road,    Glenmoore, PA 19343-1915
jdb           #+Laura O. Weissflog,    43 Seminary Road,    Glenmoore, PA 19343-1915
13094396      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank Of America Card,    POB 15019,    Wilmington, DE  19886)
13121591       #Bank of America, N.A.,    NC4-105-02-99,    PO Box 26012,    Greensboro, NC 27420-6012
13094400      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:  Citicards,    POB 183113,    Columbus, OH  43218)
13094397       +Chase Cardmember,    POB 15153,    Wilminton, DE 19886-5153
13348094        Chester County Tax Claim Bureau,    3602 W. Market Street, Suite 3602,
                West Chester, Pa   19380
13120131       +Chester County Tax Claim Bureau,    313 W. Market Street, Suite 3602,
                West Chester, PA 19382-2804
13094398       +Chester County Treasurer,    POB 2748,    West Chester, PA 19380-0991
13094399       +Citadel FCU,    POB 650,    Exton, PA 19341-0650
13094401       +Citimortgage,    POB 183040,    ColumBus, OH 43218-3040
13094402       +Discover Card,    POB 71094,    Charlotte, NC 28272-1094
13094403       +Downingtown Area School District,    C/O Berkheimer,    POB 912,    Bangor, PA 18013-0912
13529715       +Fay Servicing, LLC,    939 W. North Avenue, Suite 680,    Chicago IL 60642-1231
13094406       +Sears Credit Cards,    POB 183082,    Columbus, OH 43218-3082
13094407       +Southwest Airlines,    Cardmember Services,    POB 15153,    Wilmington, DE 19886-5153
13094408       +Southwest Airlines,    Cardmember Services,    POB 15153,    Wilmington, DE 19886-5153
13094409       +Specialized Loan Servicing,    POB 105219,    Atlanta, GA 30348-5219
13116309       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13205131       +U.S. Bank National Association et al,    c/o Fay Servicing,    939 W. North Avenue,  Suite 680,
                Chicago, Illinois 60642-1231
13094410       +US Airways,    Cardmember Services,    POB 13337,    Philadelphia, PA 19101-3337
13094411       +Ventnor City Tax Notice,    6201 Atlantic Avenue,    Ventnor, NJ 08406-2734
13094412       +Ventnor Water Sewer,    6201 Atlantic Avenue,    Ventnor, NJ 08406-2734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jul 28 2017 01:50:06     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:49:35
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2017 01:49:56     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 01:45:31     GE Capital Retail Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13167684       +E-mail/Text: bncmail@w-legal.com Jul 28 2017 01:49:49     ALTAIR OH XIII, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13121602       +E-mail/Text: bncmail@w-legal.com Jul 28 2017 01:49:49     ANTIO, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13128082       +E-mail/Text: bankruptcycollections@citadelbanking.com Jul 28 2017 01:50:12
                Citadel Federal Credit Union,    520 Eagleview Blvd,    Exton, PA 19341-1119
13098156        E-mail/Text: mrdiscen@discover.com Jul 28 2017 01:49:15     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13094404       +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 01:45:31     Lowes/GE Capital,    POB 530914,
                Atlanta, GA 30353-0914
13150036        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 01:52:24
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13094405       +E-mail/Text: barbara@pahandcenter.com Jul 28 2017 01:50:15     Pennsylvania Hand Center,
                101 Bryn Mawr Avenue, Ste 300,    Bryn Mawr, PA 19010-3124
13122862       +E-mail/Text: barbara@pahandcenter.com Jul 28 2017 01:50:15     Pennsylvania Hand Center Ltd,
                101 S Bryn Mawr Avenue,    Bryn Mawr, Pa 19010-3124
13144971        E-mail/Text: bnc-quantum@quantum3group.com Jul 28 2017 01:49:24
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13100101        E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2017 01:45:18
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Fay Servicing, LLC
13334207          LBNJ, LLC through its Custodian SB Muni
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Jul 27, 2017
                              Form ID: pdf900              Total Noticed: 37

13167354*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
                                                                                              TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    U.S. Bank National Association, as Trustee of
               PROF-2012-S1 Holding Trust I ecfmail@mwc-law.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, as Trustee of
               PROF-2012-S1 Holding Trust I debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DAVID H. LIPOW    on behalf of Creditor    U.S. Bank National Association, as Trustee, relating to
               Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through Certificates, Series
               2007-2 bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
              GARY E. THOMPSON    on behalf of Debtor Martin Weissflog get24esq@aol.com
              GARY E. THOMPSON    on behalf of Joint Debtor Laura O. Weissflog get24esq@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               relating to Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through
               Certificates, Series 2007-2 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LINDA S. FOSSI    on behalf of Creditor    LBNJ, LLC through its Custodian SB Muni
               lfossi@zeitzlawfirm.com, rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee, relating to
               Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through Certificates, Series
               2007-2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
|    **MARTIN WEISSFLOG and** | : | |
|    **LAURA O. WEISSFLOG,** | : | |
|       **Debtors** | : | Bky. No.    13-15940  ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #119 ) is **APPROVED**.

**Date: July 26, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**