Certificate Number: 01401-PAE-DE-031888845

Bankruptcy Case Number: 13-15940



01401-PAE-DE-031888845

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 11, 2018, at 12:59 o'clock PM EST, Martin K Weissflog completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 11, 2018              By:   /s/Jeremy Lark

                                       Name: Jeremy Lark

                                       Title: FCC Manager