United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 13-15940-elf
Martin Weissflog                                                                Chapter 13
Laura O. Weissflog
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore           Page 1 of 2              Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
```
db           #+Martin Weissflog,    43 Seminary Road,    Glenmoore, PA 19343-1915
jdb          #+Laura O. Weissflog,    43 Seminary Road,    Glenmoore, PA 19343-1915
13094396    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America Card,    POB 15019,    Wilmington, DE  19886)
13094400    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citicards,    POB 183113,    Columbus, OH  43218)
13094397     +Chase Cardmember,    POB 15153,    Wilminton, DE 19886-5153
13348094      Chester County Tax Claim Bureau,    3602 W. Market Street, Suite 3602,
               West Chester, Pa   19380
13120131     +Chester County Tax Claim Bureau,    313 W. Market Street, Suite 3602,
               West Chester, PA 19382-2804
13094398     +Chester County Treasurer,    POB 2748,    West Chester, PA 19380-0991
13094399     +Citadel FCU,    POB 650,    Exton, PA 19341-0650
13094401     +Citimortgage,    POB 183040,    ColumBus, OH 43218-3040
13094402     +Discover Card,    POB 71094,    Charlotte, NC 28272-1094
13094403     +Downingtown Area School District,    C/O Berkheimer,    POB 912,    Bangor, PA 18013-0912
13529715     +Fay Servicing, LLC,    939 W. North Avenue, Suite 680,    Chicago IL 60642-1231
13094406     +Sears Credit Cards,    POB 183082,    Columbus, OH 43218-3082
13094407     +Southwest Airlines,    Cardmember Services,    POB 15153,    Wilimington, DE 19886-5153
13094408     +Southwest Airlines,    Cardmember Services,    POB 15153,    Wilmington, DE 19886-5153
13094409     +Specialized Loan Servicing,    POB 105219,    Atlanta, GA 30348-5219
13116309     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13205131     +U.S. Bank National Association et al,    c/o Fay Servicing,    939 W. North Avenue,   Suite 680,
               Chicago, Illinois 60642-1231
13094410     +US Airways,    Cardmember Services,    POB 13337,    Philadelphia, PA 19101-3337
13094411     +Ventnor City Tax Notice,    6201 Atlantic Avenue,    Ventnor, NJ 08406-2734
13094412     +Ventnor Water Sewer,    6201 Atlantic Avenue,    Ventnor, NJ 08406-2734
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:27     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:30
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:59     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:31:30     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL   33131-1605
13167684     +E-mail/Text: bncmail@w-legal.com Nov 16 2018 03:24:44     ALTAIR OH XIII, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13121602     +E-mail/Text: bncmail@w-legal.com Nov 16 2018 03:24:44     ANTIO, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13128082     +E-mail/Text: bankruptcycollections@citadelbanking.com Nov 16 2018 03:25:32
               Citadel Federal Credit Union,    520 Eagleview Blvd,    Exton, PA 19341-1119
13098156      E-mail/Text: mrdiscen@discover.com Nov 16 2018 03:23:46     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13094404     +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:30:46     Lowes/GE Capital,    POB 530914,
               Atlanta, GA 30353-0914
13150036      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2018 03:42:25
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13094405     +E-mail/Text: barbara@pahandcenter.com Nov 16 2018 03:25:37     Pennsylvania Hand Center,
               101 Bryn Mawr Avenue, Ste 300,    Bryn Mawr, PA 19010-3124
13122862     +E-mail/Text: barbara@pahandcenter.com Nov 16 2018 03:25:37     Pennsylvania Hand Center Ltd,
               101 S Bryn Mawr Avenue,    Bryn Mawr, Pa 19010-3124
13144971      E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2018 03:24:08
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13100101      E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2018 03:31:38
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 14
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Fay Servicing, LLC
13334207        LBNJ, LLC through its Custodian SB Muni
13167354*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
```

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                   Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW              Total Noticed: 36
```

13121591     ##Bank of America, N.A.,    NC4-105-02-99,    PO Box 26012,    Greensboro, NC 27420-6012
                                                                                   TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    U.S. Bank National Association, as Trustee of
               PROF-2012-S1 Holding Trust I ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, as Trustee of
               PROF-2012-S1 Holding Trust I debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DAVID H. LIPOW    on behalf of Creditor    U.S. Bank National Association, as Trustee, relating to
               Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through Certificates, Series
               2007-2 bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
              GARY E. THOMPSON    on behalf of Debtor Martin  Weissflog get24esq@aol.com
              GARY E. THOMPSON    on behalf of Joint Debtor Laura O. Weissflog get24esq@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               relating to Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through
               Certificates, Series 2007-2 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LINDA S. FOSSI    on behalf of Creditor    LBNJ, LLC through its Custodian SB Muni
               lfossi@zeitzlawfirm.com, rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee, relating to
               Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through Certificates, Series
               2007-2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Martin Weissflog and Laura O. Weissflog

       Debtor(s)                      Bankruptcy No: 13−15940−elf

                                   Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                         Suite 400
                     Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                     For The Court
                                              Timothy B. McGrath
                                                 Clerk of Court

Dated: 11/15/18

                                                                               134 − 133
                                                                             Form 138_new