United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-15940-elf
Martin Weissflog                                                      Chapter 13
Laura O. Weissflog
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Dec 07, 2018
                              Form ID: 3180W           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db            #+Martin Weissflog,    43 Seminary Road,    Glenmoore, PA 19343-1915
jdb           #+Laura O. Weissflog,    43 Seminary Road,    Glenmoore, PA 19343-1915
13348094       Chester County Tax Claim Bureau,    3602 W. Market Street, Suite 3602,
                 West Chester, Pa   19380
13120131      +Chester County Tax Claim Bureau,    313 W. Market Street, Suite 3602,
                 West Chester, PA 19382-2804
13529715      +Fay Servicing, LLC,    939 W. North Avenue, Suite 680,    Chicago IL 60642-1231
13116309      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13094411      +Ventnor City Tax Notice,    6201 Atlantic Avenue,    Ventnor, NJ 08406-2734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Dec 08 2018 03:30:46     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2018 03:29:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2018 03:30:18     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13167684      +E-mail/Text: bncmail@w-legal.com Dec 08 2018 03:30:08     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13121602      +E-mail/Text: bncmail@w-legal.com Dec 08 2018 03:30:08     ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13121591       EDI: BANKAMER.COM Dec 08 2018 08:13:00      Bank of America, N.A.,    NC4-105-02-99,
                 PO Box 26012,    Greensboro, NC 27420-6012
13128082      +E-mail/Text: bankruptcycollections@citadelbanking.com Dec 08 2018 03:31:01
                 Citadel Federal Credit Union,    520 Eagleview Blvd,    Exton, PA 19341-1119
13098156       EDI: DISCOVER.COM Dec 08 2018 08:13:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13150036       EDI: PRA.COM Dec 08 2018 08:13:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541
13122862      +E-mail/Text: barbara@pahandcenter.com Dec 08 2018 03:31:04     Pennsylvania Hand Center Ltd,
                 101 S Bryn Mawr Avenue,    Bryn Mawr, Pa 19010-3124
13144971       EDI: Q3G.COM Dec 08 2018 08:13:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13334207       LBNJ, LLC through its Custodian SB Muni
13167354*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541)
                                                                                               TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: admin                 Page 2 of 2           Date Rcvd: Dec 07, 2018
                              Form ID: 3180W              Total Noticed: 18
```

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:

```
              ALEXANDRA T. GARCIA    on behalf of Creditor    U.S. Bank National Association, as Trustee of
               PROF-2012-S1 Holding Trust I ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, as Trustee of
               PROF-2012-S1 Holding Trust I debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DAVID H. LIPOW    on behalf of Creditor    U.S. Bank National Association, as Trustee, relating to
               Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through Certificates, Series
               2007-2 bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
              GARY E. THOMPSON    on behalf of Debtor Martin  Weissflog get24esq@aol.com
              GARY E. THOMPSON    on behalf of Joint Debtor Laura O. Weissflog get24esq@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               relating to Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through
               Certificates, Series 2007-2 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LINDA S. FOSSI    on behalf of Creditor    LBNJ, LLC through its Custodian SB Muni
               lfossi@zeitzlawfirm.com, rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee, relating to
               Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through Certificates, Series
               2007-2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Martin Weissflog** | Social Security number or ITIN  xxx–xx–8038 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Laura O. Weissflog** | Social Security number or ITIN  xxx–xx–0891 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **13–15940–elf**

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Martin Weissflog                                              Laura O. Weissflog

12/6/18                                                       **By the court:**    Eric L. Frank
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**